UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIA VARGAS SANCHEZ (A.K.A MARGARITA), *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LIVE POULTRY FARM CORP. (D/B/A LIVE POULTRY FARM), WEBSTER LIVE CHICKEN MARKET INC. (D/B/A LIVE POULTRY FARM), MUFID S. AWADALLAH, ALI MUSTAFA, HAMADA DOE, and TONY MENDOZA,<br><br>Defendants. | Case No. 1:19-cv-02179<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that JACLENE R. TROISI, Esq., an associate attorney at Varacalli & Hamra, LLP, hereby enters her appearance on behalf of Defendants LIVE POULTRY FARM CORP. (D/B/A LIVE POULTRY FARM), WEBSTER LIVE CHICKEN MARKET INC. (D/B/A LIVE POULTRY FARM), MUFID S. AWADALLAH, and HAMADA DOE in the above-entitled action. I am admitted to practice in this court and my bar number is JT-4588. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: May 13, 2019
          New York, NY

VARACALLI & HAMRA, LLP

*/s/ Jaclene Troisi*_____
JACLENE R. TROISI, ESQ.
*Attorneys for Defendant*
32 Broadway, Suite 1818
New York, NY 10004
Tel.: (646) 590-0571
Fax.: (646) 619-4012
E-mail: jtroisi@vhllp.com