UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VARGAZ SANCHEZ et. al., :
:
:
Plaintiffs, :
: 19-cv-02179 (LJL)
-v- :
: ORDER
:
LIVE POULTRY FARM CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the post-discovery conference previously scheduled for March 5, 2020 at 9:45 a.m., and the final pretrial conference currently scheduled for May 7, 2020 at 9:30 a.m., shall each take place on the currently appointed date and time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that all other deadlines set by Judge Daniels, including those governing discovery, dispositive motions, and a Joint Pretrial Order, remain in effect.

    SO ORDERED

Dated: February 13, 2020
       New York, New York                              LEWIS J. LIMAN
                                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020