UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
VARGAZ SANCHEZ et. al.,                                        :
                                                               :
                        Plaintiffs,                            :
                                                               :     19-cv-02179 (LJL)
        -v-                                                    :
                                                               :     ORDER
LIVE POULTRY FARM CORP. et al.,                                :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

LEWIS J. LIMAN, United States District Judge:

    The Court has received the motions for Jaclene Troisi, Anthony Portesy, and Abraham Hamra to withdraw as attorneys (see Dkt. Nos. 36 and 43). It is hereby ORDERED that the Parties appear in telephone conference on March 5, 2020 at 12:00 p.m. to address the motions. The Parties are directed to arrange a conference line and to call chambers once all parties are on the line.

    It is ORDERED that in addition to counsel, a representative of corporate defendant Live Poultry Farm Corp. appear in the telephone conference.

    SO ORDERED.


Dated: February 28, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                           United States District Judge