USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
VARGAZ SANCHEZ et. al.,      :
          :
        Plaintiffs,  :
          :    19-cv-02179 (LJL)
  -v-       :
          :    ORDER
LIVE POULTRY FARM CORP. et al.,  :
          :
        Defendants.  :
          :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A status conference was scheduled for today, April 21, 2020, but did not take place because no defendant appeared.

A new status conference is scheduled for May 12, 2020, at 4:00 p.m. The conference will be held by TELEPHONE. Parties are directed to call the Court's telephone conference line at: 888-251-2909 and enter the access code: 2123101.

If defendants fail to appear at the May 12 conference without good cause, they will be subject to the risk of either a default judgment or a judgment against them for failure to appear.

IT IS FURTHER ORDERED that Plaintiff's counsel shall send a copy of this Order to the mailing address of all pro se defendants and to file proof of service with the Clerk of Court. A copy of the Order will also be sent to pro se defendants by the Court.

SO ORDERED.

Dated: April 21, 2020
      New York, New York
                             _____
                             LEWIS J. LIMAN
                             United States District Judge