USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
VARGAS SANCHEZ, et al.,                                              :
:
                   Plaintiff,                                 :
:      19-cv-02179 (LJL)
     -v-                                                            :
:      ORDER
LIVE POULTRY FARM CORP., et al.,                                     :
:
                   Defendant.                                 :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a conference today (May 12, 2020). As discussed at the conference, IT IS HEREBY ORDERED that the Parties shall meet and confer and file a proposed case management plan by 5:00 p.m. on May 20, 2020. IT IS FURTHER ORDERED that Plaintiff shall move for a default judgment against any party in default by June 12, 2020.

       *Pro Se* parties are advised to consult the Court's Website, available at https://nysd.uscourts.gov/hon-lewis-j-liman, for information about how to file documents with the Court by email and how to consent to receive all court filings electronically. The Court's Individual Practices document, also posted on the Court's website, contains contact information for the *Pro Se* Law Clinic referred to at the conference held today.

       A copy of this Order will be mailed to pro se parties by the Court.

SO ORDERED.

Dated: May 12, 2020
       New York, New York                             LEWIS J. LIMAN
                                                      United States District Judge