UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ANTONIA VARGAS SANCHEZ (A.K.A. MARGARITA), *individually and on behalf of others similarly situated,*

                       *Plaintiff*,

      -against-

LIVE POULTRY FARM CORP. (D/B/A LIVE POULTRY FARM), WEBSTER LIVE CHICKEN MARKET INC. (D/B/A LIVE POULTRY FARM), MUFID S AWADALLAH, ALI MUSTAFA, HAMADA DOE, and TONY MENDOZA,

                       *Defendants.*
---------------------------------------------------------------X

19-cv-02179 (LJL)

**Motion for Default**

## NOTICE OF MOTION

Please take notice that, upon the annexed affirmation of Joshua S. Androphy, and attached exhibits, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, on such date as the Court shall determine, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants Live Poultry Farm Corp., Webster Live Chicken Market Inc., Ali Mustafa, Hamada Doe, and Tony Mendoza .

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       June 12, 2020

                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                      By: _____/s/ Joshua S. Androphy
                                                 Joshua S. Androphy
                                                 60 East 42nd Street, Suite 4510

New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiff*