**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ANTONIA VARGAS SANCHEZ (A.K.A. MARGARITA), *individually and on behalf of others similarly situated,*

                *Plaintiff*,

    -against-

LIVE POULTRY FARM CORP. (D/B/A LIVE POULTRY FARM), WEBSTER LIVE CHICKEN MARKET INC. (D/B/A LIVE POULTRY FARM), MUFID S AWADALLAH, ALI MUSTAFA, HAMADA DOE, and TONY MENDOZA,

                *Defendants.*
---------------------------------------------------------X

Index No. 19-cv-2179

**JUDGMENT**

## JUDGMENT

On October 26, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff ANTONIA VARGAS SANCHEZ (A.K.A. MARGARITA) have judgment against Defendants LIVE POULTRY FARM CORP. (D/B/A LIVE POULTRY FARM), and MUFID S (collectively "Defendants"), jointly and severally, in the amount of $18,000 (Eighteen Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an

- 2 -

admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Dated: <u>  Oct. 27  </u>, 2020

_____

**HON. LEWIS J. LIMAN**